UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY PHAM,<br><br>　　　　　　　Defendant. | Case No. CR25-2-KKE<br><br>DETENTION ORDER |

Defendant Tommy Pham is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 846; distribution of a controlled substance, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2; unlawful possession of a firearm, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on January 15, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Pham is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions

DETENTION ORDER - 1

will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Mr. Pham stipulated to detention.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Pham as required and the safety of the community.

5. Upon advice of counsel, Mr. Pham declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

6. Mr. Pham poses a risk of nonappearance due to his conduct during the arrest for the instant offense, prossible possession of a passport, prior noncompliance under supervision, association with aliases, and that he was not interviewed so his release plan and recent activities are not known.

7. Mr. Pham poses a risk of danger due to the nature of the instant offense, criminal history and pattern of similar conduct, history of violence, prior noncompliance under supervision, and substance use disorder history.

8. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Pham's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Pham shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Pham shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Pham is confined shall deliver Mr. Pham to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Pham, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 15th day of January, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3