THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY PHAM,<br><br>Defendant. | No. CR25-2-KKE<br><br>ORDER ON MOTION TO SUBSTITUTE COUNSEL |

This matter comes before the Court upon Defendant's motion for an order permitting Sean Gillepsie to withdraw as counsel of record for Mr. Pham and permitting Emma Scanlan to substitute as defendant's counsel. The motion is unopposed.

The Court GRANTS the motion. The Court ORDERS that Emma Scanlan is substituted as defendant's counsel and Sean Gillespie is relieved from his representation of Mr. Pham.

[*PROPOSED*] ORDER- 1
(No. CR25-2-KKE)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677

DONE THIS 18th day of February, 2025.

*Kymberly K Evanson*
―――――――――――――――――
The Honorable Kymberly K. Evanson
United States District Court Judge

Presented by:

<u>s/ Emma C. Scanlan</u>
Emma C. Scanlan
Attorney for Tommy Pham

[*PROPOSED*] ORDER- 2
(No. CR25-2-KKE)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677